974

No. 96–6155. WILLIAMS v. MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 96–6156. THIMM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6157. McCONAGHY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6158. MOHR v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 96–6164. RUTHERS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–6166. VALENZUELA RAMIREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6167. SORENSEN v. MAHONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 96–6171. JURI v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–6174. JOOST v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 96–6178. HOGAN v. CARTER. C. A. 4th Cir. Certiorari denied.

No. 96–6179. HAWKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–6181. GREEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6182. GREIF v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–6183. ACEVEDO GUTIERREZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–6186. DIETSCH v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–6187. HAZELETT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.